IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNDER ARMOUR, INC.

          Plaintiff,

    v.

EASY4HOST INC.,

          Defendant.

Case No. 1:21-mc-00391-GBD

*USDC SDNY — DOCUMENT — ELECTRONICALLY FILED — DOC #: — DATE FILED: APR 1 2 2021*

### [PROPOSED] ORDER GRANTING PLAINTIFF UNDER ARMOUR'S MOTION TO WITHDRAW ITS MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION FROM EASY4HOST INC.

Before the Court is Plaintiff Under Armour, Inc.'s Motion to Withdraw its Motion to Compel the Production of Documents and Electronically Stored Information from Easy4Host, Inc. Having considered its merits, the Court **GRANTS** that motion.

It is therefore **ORDERED** that Plaintiff Under Armour, Inc's Motion to Compel the Production of Documents and Electronically Stored Information from Easy4Host, Inc. (Dkt. 3) is **WITHDRAWN**.

**IT IS SO ORDERED.**

Dated: APR 1 2 2021

*[signature: George B. Daniels]*